■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID J. MUNTER, Appellant. [635 NYS2d 564] —Judgment unanimously affirmed. Memorandum: Upon our review of the record, we find no merit to the contention of defendant that the verdict convicting him of the lesser included offense of assault in the third degree is against the weight of the evidence (*see, People v Bleakley*, 69 NY2d 490, 495). There is likewise no merit to the contention that the sentence is harsh and excessive. (Appeal from Judgment of Supreme Court, Erie County, Cosgrove, J.—Assault, 3rd Degree.) Present—Pine, J. P., Lawton, Wesley, Callahan and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK WIGMORE, Appellant. [635 NYS2d 563] —Judgment unanimously affirmed. Memorandum: County Court's determination that defendant violated the terms of his probation by failing to report as directed and by failing to continue to participate in a substance abuse treatment program is not against the weight of the evidence (*see, People v Mallory*, 191 AD2d 970, *lv denied* 81 NY2d 1016). We decline to exercise our power to modify defendant's sentence as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [b]). (Appeal from Judgment of Erie County Court, LaMendola, J.—Violation of Probation.) Present—Pine, J. P., Lawton, Wesley, Callahan and Davis, JJ.

■ ANNA KISTENBERGER, by LAURIE JOHNCOX, Her Attorney in Fact, Respondent, v LUTHERAN HOME OF THE GOOD SHEPHERD, INC., Appellant. (Appeal No. 2.) [635 NYS2d 563] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Wayne County, Sirkin, J.—Set Aside Verdict.) Present—Pine, J. P., Lawton, Wesley, Callahan and Davis, JJ.